**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Donald S. PRITT, Defendant–Appellant.**

**No. 02–7445.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 27, 2003.

Decided March 12, 2003.

Donald S. Pritt, Appellant Pro Se. Michael Lee Keller, Office of The United States Attorney, Charleston, West Virginia, for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Donald S. Pritt seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Pritt has not made a substantial showing of the denial of a constitutional right. *See United States v. Pritt,* Nos. CR–98–176; CA–01–1045 (S.D.W.Va. July 30, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*